

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-0311-KJD (LRL) |
| ) | |
| PHYLLIS HILSABECK, ) | |
| ) | |
| Defendant. ) | |

### ORDER OF FORFEITURE

On September 24, 2010, defendant PHYLLIS HILSABECK pled guilty to a One-Count Criminal Information charging her with Mail Fraud in violation of Title 18, United States Code, Section 1341, a specified unlawful activity as defined in Title 18, United States Code, Sections 1956(c)(7)(A) and 1961(1)(B), and agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds that defendant PHYLLIS HILSABECK shall pay a criminal forfeiture money judgment of $300,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PHYLLIS HILSABECK a criminal forfeiture money judgment in the amount of $300,000.00 in United States Currency.

DATED this 14th day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE