✓ FILED ___ ENTERED ___ RECEIVED ___ SERVED ON COUNSEL/PARTIES OF RECORD

JUL - 6 2011

CLERK US DISTRICT COURT DISTRICT OF NEVADA

BY: ___ DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>PHYLLIS HILSABECK,<br>Defendant. | ) | 2:10-CR-311-KJD (LRL) |

**ORDER OF FORFEITURE**

This Court found on September 17, 2010, that PHYLLIS HILSABECK shall pay a criminal forfeiture money judgment of $300,000.00 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853. #14.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from PHYLLIS HILSABECK a criminal forfeiture money judgment in the amount of $300,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title

. . .

. . .

. . .

. . .

18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(A); and Title 21, United States Code, Section 853.

DATED this 6th day of July, 2011.

UNITED STATES DISTRICT JUDGE