# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                   )<br>                             Plaintiff,              )<br>                                                                   )<br>vs.                                                               )<br>                                                                   )<br>PHYLLIS HILSABECK,                            )<br>                                                                   )<br>                             Defendant.         )<br>_____) | Case No.  2:10-cr-0311-KJD-GWF<br><br>**Order for Supplementary Proceedings of Judgment Debtor Examination - #38** |

This matter comes before the Court on Plaintiff's Motion for Supplementary Proceedings (Examination of Judgment Debtor) (#38) filed on October 23, 2015.  For good cause shown,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Supplementary Proceedings (Examination of Judgment Debtor) (#38) is **granted**.  Defendant Phyllis Hilsabeck shall appear on **Wednesday, February 17, 2016 at 9:00 a.m.** at the Lloyd D. George U.S. Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, in Courtroom 3A, to answer upon oath or affirmative questions regarding her property.

Counsel for the Plaintiff shall find a suitable location to conduct the judgment debtor examination.  The debtor shall appear in Court, shall be sworn, and then go with Plaintiff's counsel for the examination.

**IT IS FURTHER ORDERED** that you, the defendant, bring to the hearing the following:

1. Your three most recent federal income tax returns with their attachments.
2. Copies of all personal and business financial statements concerning checking and savings accounts for the past twelve months.
3. A copy of the titles to all you and your spouses' vehicles, automobiles, boats, aircraft etc.

4. Copies of your earnings statements (i.e., paychecks) for the past twelve months.

5. Copies of your bills for the past twelve months to verify statements on the financial form.

**IT IS FURTHER ORDERED** that a copy of this order shall be served upon the defendant by the United States Marshall or private process service at fourteen (14) calendar days before the hearing scheduled herein.

Failure to appear may subject you, the defendant, to punishment for contempt of court.

DATED this 18th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge